# LAW OFFICES OF JILL R. SHELLOW PLLC

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911 (Telephone)
203.258.1463 (Mobile)

July 17, 2025

**CORRECTED**

**BY EMAIL AND ECF**
The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      RE:    ***United States v. Michael Reid, 18-cr-364 (PGG) (VOSR)***

Dear Judge Gardephe:

    I represent Michael Reid who is scheduled to appear for an initial conference on a VOSR tomorrow, July 18 at 10AM. I am unavailable tomorrow. All of the parties – including the AUSA and Probation Officers from EDNY and SDNY – are available on **WEDNESDAY**, July 23 at 11AM. Accordingly, I respectfully request that the conference be adjourned to this date and time when I understand the Court may be available.

    Thank you for your consideration.

                        Respectfully submitted,

                        Jill R. Shellow

cc:    AUSA Kyle Wirshba (by email)
        Probation Officer Kristen Aliperti (by email)

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: July 17, 2025

Admitted: NY, CT, DC