UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL REID,

                Defendant.

**ORDER**

18 Cr. 364 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The conference currently scheduled for July 23, 2025, at 11:00 a.m., is adjourned to **July 23, 2025, at 12:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       July 22, 2025

SO ORDERED.

_Paul S. Gardephe_
_____
Paul G. Gardephe
United States District Judge