U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

July 22, 2025

**MEMO ENDORSED**

The application is denied. The hearing will proceed at 12:00 noon on July 23, 2025.

SO ORDERED:

/s/ Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.

Dated: July 22, 2025

**BY ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **United States v. Michael Ried**, 18 Cr. 364 (PGG)

Dear Judge Gardephe:

The Government writes to respectfully request that the violation of supervised release appearance currently scheduled for tomorrow, July 23, 2025, be adjourned. The Government understands that defense counsel will be unable to meet with the defendant until tomorrow and such an adjournment will allow the Government and counsel to discuss a potential resolution. The Government understands that the parties are available on August 13, 2025.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: ___/s/_____
Kyle Wirshba
Assistant United States Attorney
(212) 637-2493