UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL REID,

                  Defendant.

**ORDER**

18 Cr. 364 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    Upon the joint request of the parties, the sentencing currently scheduled for October 28, 2025, at 10:00 a.m., is adjourned to **December 1, 2025, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        October 14, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge