UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL REID,

                    Defendant.

**ORDER**

18 Cr. 364 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing of Defendant Reid currently scheduled for December 1, 2025, at 2:00 p.m. is adjourned to **December 8, 2025, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
        November 26, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge