

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 17, 2025

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:   *United States v. Michael Reid*, 18 Cr. 364 (PGG)

Dear Judge Gardephe:

With sincere apologies, the Government writes to respectfully request that the Court adjourn, *nunc pro tunc*, today's violation of supervised release sentencing proceeding until January 8, 2026, at 11:00am, a date and time that appears to be available for the Court and the parties. As explained earlier to the Court's Courtroom Deputy, the undersigned was unexpectedly out of the office attending to sick family members and regretfully failed to secure coverage for the sentencing proceeding.[1]

Respectfully submitted,

_____/s/_____
Kyle A. Wirshba
Assistant United States Attorney
(212) 637-2493

cc:   Jill R. Shellow, Esq.
United States Probation Office (by email)

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

*Pauls sandeste*
_____
**Paul G. Gardephe, U.S.D.J.**
Dated: December 18, 2025

---

[1] The Government has also contacted defense counsel and the Probation Department to apologize and asked that apologies be passed to the defendant.